UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADLT DOE,

Plaintiff,

-v-

UBER TECHNOLOGIES, INC., JOHN DOE 1, *and* JOHN DOES 2-20,

Defendants.

26 Civ. 8488 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On September 28, 2026, defendant Uber Technologies, Inc. ("Uber") filed a notice of removal in the above-captioned case. Dkt. 1. On October 13, 2026, the Court granted Uber's request, on which plaintiff took no position, to extend its deadline to respond to the complaint until 30 days after the U.S. Judicial Panel on Multidistrict Litigation decides whether to transfer the case to Multidistrict Litigation No. 3084. Dkt. 6; *see also* Dkt. 5. On October 27, 2026, plaintiff moved to remand the case to state court and for an award of costs and fees, and urged the Court to resolve the motion before staying the case pending transfer. Dkt. 8-1.

For the avoidance of doubt, the Court's October 13, 2026 order does not affect the briefing schedule for plaintiff's motion to remand. Uber's opposition is due 14 days after service of the motion, and plaintiff's reply, if any, is due seven days after service of the opposition. Local Civ. R. 6.1(b).

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 29, 2026
New York, New York